| | |
|---|---|
| VERMELL D. JACKSON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:17-cv-14 |
| v. | |
| JUDGE PAUL RHODES, in his official capacity; LONG COUNTY SHERIFF'S DEPARTMENT OFFICER #1, in his official capacity; and LONG COUNTY SHERIFF'S DEPARTMENT OFFICER #2, | |
| Defendants. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's March 22, 2017, Report and Recommendation, dkt. no. 6, to which Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DENIES** Plaintiff leave to appeal *in forma pauperis*, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of May, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)